Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

Attorneys for Defendant
CITY OF SAN LEANDRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MENGEL, et al<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF SAN LEANDRO et al<br><br>    Defendants. | Case No. 3:13-cv-02542-WHO<br><br>**STIPULATION FOR ORDER AND ORDER TAKING MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE OFF CALENDAR PENDING FILING OF STIPULATION FOR ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE BECAUSE MATTER HAS SETTLED**<br><br>**Hon. William H. Orrick** |

The parties acting by and through their attorneys stipulate for an Order as follows.

1. The parties have settled the entire action and are preparing the necessary settlement papers to be executed by the parties including a Stipulation for Order of Dismissal Entire Action With Prejudice Each Side To Bear Their Own Fees and Costs.

2. Defendant's Motion to Dismiss scheduled for hearing October 16, 2013 to be taken off calendar pending filing of the Stipulation for Order of Dismissal.

3. The Initial Case Management Conference scheduled for hearing October 16, 2013 to be taken off calendar pending filing of the Stipulation for Order of Dismissal.

4. Further status conference re Status of Filing Dismissal of Entire Action scheduled for November 27, 2013. The parties believe the stipulation will be filed in the next several weeks.

So Stipulated:

STIPULATION FOR ORDER AND ORDER TAKING MOTION TO DISMISS AND INITIAL CMC OFF CALENDAR PENDING FILING OF STIPULATION FOR ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE BECAUSE MATTER HAS SETTLED - U.S. District Court Case No. 3:13-cv-02542-WHO

Dated:  September 23, 2013                            Bruce W. Nickerson Attorney at Law


                                                      By:    /s/ Bruce Nickerson
                                                             Bruce W. Nickerson Esq.
                                                             Attorneys for Plaintiffs

Dated:  September 23, 2013                            BERTRAND, FOX & ELLIOT


                                                      By:    /s/ Gregory M. Fox
                                                             Gregory M. Fox
                                                             Attorneys for Defendants
                                                             CITY OF SAN LEANDRO et al

## **CERTIFICATE OF CONCURRENCE**

I, Gregory M. Fox, declare:

Pursuant to Local Rule No. 5-1(i)(3) I have obtained the concurrence of Mr. Nickerson  in the filing of this document to show his signature as /s/ on this pleading, which shall serve in lieu of  his signature on the documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed at San Francisco, California, on  September 23, 2013

                              */s/  Gregory M. Fox*
                              Gregory M. Fox, Esq.

STIPULATION FOR ORDER AND ORDER TAKING MOTION TO DISMISS AND INITIAL CMC OFF CALENDAR PENDING FILING OF STIPULATION FOR ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE BECAUSE MATTER HAS SETTLED - U.S. District Court Case No. 3:13-cv-02542-WHO

**ORDER**

Good cause appearing the Stipulation of the parties is SO ORDERED.

The Case Management Conference and hearing on the Motion to Dismiss scheduled for Wednesday October 16th, 2013 are both off calendar based on the settlement of the entire action. Further status conference re Status of filing Dismissal of Entire Action with Prejudice is scheduled for Tuesday, November 26, 2013.

Dated: September 23, 2013

_____
Honorable William H. Orrick
United States District Court Judge

STIPULATION FOR ORDER AND ORDER TAKING MOTION TO DISMISS AND INITIAL CMC OFF CALENDAR PENDING FILING OF STIPULATION FOR ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE BECAUSE MATTER HAS SETTLED - U.S. District Court Case No. 3:13-cv-02542-WHO