Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:     (415) 353-0999
Facsimile:     (415) 353-0990

Attorneys for Defendant
CITY OF SAN LEANDRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MENGEL, et al<br><br>       Plaintiffs,<br><br>v.<br><br>CITY OF SAN LEANDRO et al<br><br>       Defendants. | Case No. 3:13-cv-02542-WHO<br><br>**STIPULATION FOR ORDER AND ORDER  OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE EACH SIDE TO BEAR THEIR OWN FEES AND COSTS**<br><br>**Hon. William H. Orrick** |

The parties acting by and through their attorneys stipulate as follows.

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), the Parties stipulate that Plaintiffs  may voluntarily dismiss this entire action with prejudice based on the settlement of the entire action.

The Parties agree that each party will bear its own costs and attorneys' fees, and further request that the Court Order this Stipulation.

**IT IS SO STIPULATED.**

Dated:  October 15, 2013                                              Bruce W. Nickerson Attorney at Law


                                                                                           By:     /s/ Bruce Nickerson
                                                                                                    Bruce W. Nickerson Esq.
                                                                                                    Attorneys for Plaintiffs

STIPULATION FOR ORDER AND ORDER DISMISSAL OF ENTIRE ACTION WITH PREJUDICE EACH SIDE TO BEAR THEIR OWN FEES AND COSTS - U.S. District Court Case No. 3:13-cv-02542-WHO

Dated:  October 15, 2013                                     BERTRAND, FOX & ELLIOT

                                                  By:      /s/ Gregory M. Fox
                                                        Gregory M. Fox
                                                        Attorneys for Defendants
                                                        CITY OF SAN LEANDRO et al

## CERTIFICATE OF CONCURRENCE

I, Gregory M. Fox, declare:

Pursuant to Local Rule No. 5-1(i)(3) I have obtained the concurrence of Mr. Nickerson in the filing of this document to show his signature as /s/ on this pleading, which shall serve in lieu of his signature on the documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed at San Francisco, California, on October 17, 2013

                                        */s/  Gregory M. Fox*
                                         Gregory M. Fox, Esq.

## ORDER

Good cause appearing the Stipulation of the parties is SO ORDERED.

Dismissal of the entire action is Ordered with Prejudice and each side to bear their own fees and costs.

Dated: October 18, 2013                        _____
                                         Honorable William H. Orrick
                                         United States District Court Judge

2

STIPULATION FOR ORDER AND ORDER DISMISSAL OF ENTIRE ACTION WITH PREJUDICE EACH SIDE TO BEAR THEIR OWN FEES AND COSTS - U.S. District Court Case No. 3:13-cv-02542-WHO