1  Gregory M. Fox, State Bar No. 070876
   BERTRAND, FOX & ELLIOT
2  The Waterfront Building
   2749 Hyde Street
3  San Francisco, California 94109
   Telephone:   (415) 353-0999
4  Facsimile:    (415) 353-0990

5  Attorneys for Defendant
   CITY OF SAN LEANDRO
6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9  STEVEN MENGEL, et al                | Case No. 3:13-cv-02542-WHO
10       Plaintiffs,                    |
                                        | **STIPULATION FOR ORDER AND ORDER OF**
11 v.                                   | **DISMISSAL OF ENTIRE ACTION WITH**
                                        | **PREJUDICE EACH SIDE TO BEAR THEIR**
12 CITY OF SAN LEANDRO et al            | **OWN FEES AND COSTS**
13       Defendants.                    |
                                        | **Hon. William H. Orrick**

    The parties acting by and through their attorneys stipulate as follows.

    Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), the Parties stipulate that Plaintiffs may voluntarily dismiss this entire action with prejudice based on the settlement of the entire action.

    The Parties agree that each party will bear its own costs and attorneys' fees, and further request that the Court Order this Stipulation.

    **IT IS SO STIPULATED.**

    Dated: October 15, 2013                    Bruce W. Nickerson Attorney at Law


                                               By:    /s/ Bruce Nickerson
                                                      Bruce W. Nickerson Esq.
                                                      Attorneys for Plaintiffs

                                      1

Dated:  October 15, 2013                                   BERTRAND, FOX & ELLIOT


By:      /s/ Gregory M. Fox
           Gregory M. Fox
           Attorneys for Defendants
           CITY OF SAN LEANDRO et al

### CERTIFICATE OF CONCURRENCE

I, Gregory M. Fox, declare:

Pursuant to Local Rule No. 5-1(i)(3) I have obtained the concurrence of Mr. Nickerson  in the filing of this document to show his signature as /s/ on this pleading, which shall serve in lieu of  his signature on the documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed at San Francisco, California, on October 17, 2013

*/s/  Gregory M. Fox*
Gregory M. Fox, Esq.

### ORDER

Good cause appearing the Stipulation of the parties is SO ORDERED.

Dismissal of the entire action is Ordered with Prejudice and  each side to bear their own fees and costs.

Dated: October 18, 2013                                   _____
                                                                         Honorable William H. Orrick
                                                                         United States District Court Judge

STIPULATION FOR ORDER AND ORDER DISMISSAL OF ENTIRE ACTION WITH PREJUDICE EACH SIDE TO BEAR THEIR OWN FEES AND COSTS - U.S. District Court Case No. 3:13-cv-02542-WHO